

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00818-CV

**IN RE FIRETROL PROTECTIONS SYSTEMS, INC.**

Original Mandamus Proceeding[1]

PER CURIAM
Dissenting Opinion by: Sandee Bryan Marion, Chief Justice

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: February 27, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 31, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016CI07805, styled *Tony Escamilla, et al. v. Firetrol Protection Systems, Inc., et al.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.